IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                              )
AMANDEEP KAUR, D.D.S., and                )
AMANDEEP KAUR, D.D.S P.C.,                )
                                                              )
    Plaintiffs,                                    )
                                                              )
v.                                                           )     Civil Action No.
                                                              )
ELVISA JEORGOS, TYANNA YAMAN,  )
APARNA KHANNA, D.M.D., RB DENTAL, )
LLC, SMILEY DENTAL, LLC, REEMA       )
DHINGRA, D.M.D., REEMA DHINGRA,   )
D.M.D., P.C., NEW SMILE SERVICES, LLC, )
SMF 1, PLLC, ROHAN L. SHAH, D.M.D.,  )
AART DENTAL, P.C., SUNIT JAIN, D.D.S., )
DR. SUNIT JAIN, INC., GURJINDER GILL and )
MANN DENTAL GROUP, LLC,                  )
                                                              )
    Defendants.                                 )
_____ )

## PLAINTIFFS' CERTIFICATION OF RELATED CASES
## PURSUANT TO LOCAL RULE 40.1(G)(5)(B)

Pursuant to Local Rule 40.1(g)(5), Plaintiffs Amandeep Kaur, D.D.S. and Amandeep Kaur D.D.S., P.C. (collectively, "Plaintiffs"), through their undersigned counsel, certify that they believe the below-identified civil case is a "Related Civil Case" within the meaning of L.R. 40.1(g)(5):

- *Shashi Barnia, D.D.S., et al v. Amandeep Kaur, D.D.S. P.C.*, et al, Civil Action No. 22-cv-10216.

Plaintiffs believe this matter is a "Related Civil Case" under Local Rule 40.1(g)(1) because (1) some of the parties are the same; (2) the cases involve the same or substantially similar issues of fact; and (3) the cases arise out of the same set of occurrences and transactions.

1

The earlier case concerns claims between Plaintiffs herein and Shashi Barnia, D.D.S. ("Dr. Barnia"), a former employee of Plaintiff Amandeep Kaur, D.D.S. P.C. (the "Company"), including allegations by Plaintiffs herein that Dr. Barnia breached fiduciary and other legal obligations to the Company by secretly opening new dental offices with various business partners during the course of his employment. The instant action concerns the actions of those business partners and others in aiding and abetting Dr. Barnia's efforts and therefore arises from the same set of facts and occurrences as the earlier case.

Plaintiffs herein sought leave to amend their pleading in the earlier case to add Defendants herein as counterclaim defendants; Plaintiffs' motion was allowed in part and denied in part, and the Court permitted Plaintiffs herein to add certain of the Defendants herein (but not others) to the earlier-filed case. Rather than amending the pleadings in the earlier-filed case to add only some but not all of the Defendants herein, however, Plaintiffs herein have elected to bring claims against all of them in the instant action so that the earlier case—which is nearing the end of discovery— may proceed on its own schedule and without the burden of additional parties, additional discovery, etc.

Accordingly, the action identified above is a Related Civil Case because the cases involve some of the same parties, and the same alleged facts and occurrences. *See* LR 40.1(g)(1)(B) (providing that civil cases are related if they "involve the same or substantially similar issues of fact," or "arise out of the same occurrence, transaction or property").

| | |
|---|---|
| Dated: March 4, 2024 | Respectfully submitted, |
| | GREENBERG TRAURIG, LLP |
| | /s/ *John K. Wells* |
| | Gary Greenberg (BBO # 209420) |
| | John K. Wells (BBO # 671345) |
| | One International Place, Suite 2000 |
| | Boston, Massachusetts 02110 |
| | Tel: (617) 310-6000 |
| | Fax: (617) 310-6001 |
| | E-mail: greenbergg@gtlaw.com |
| | wellsj@gtlaw.com |
| | |
| | *Attorneys for Plaintiffs Amandeep Kaur, D.D.S. and Amandeep Kaur, D.D.S. P.C.* |